UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ! | |
| | ! | CRIMINAL NO. |
| VS. | ! | 4:99-CR-00457-1 |
| | ! | |
| ARTURO ROBLES ARREDONDO | ! | |

### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, **ARTURO ROBLES ARREDONDO,** Defendant in the above entitled and numbered cause, and moves the Court to modify conditions of supervised release in this case, and for good cause shows the following:

I.

On December 3, 2001, an original judgment in a criminal case was entered in the above-referenced cause of action. On November 8, 2004, an Amended Judgment in a criminal case was entered. Said Judgment is attached as Exhibit "A" and incorporated by reference.

II.

Paragraph 1 of the standard conditions of supervision states that, "Defendant shall not leave the judicial district without the permission of the Court or probation officer."

III.

Due to his need for medical services in Mexico and his daughter and grandchildren's residence in Bexar County, Texas, Defendant travels out of the judicial district on a regular basis.

IV.

Defendant is requesting the Court modify paragraph 1 of the standard conditions of supervision and allow Defendant to leave the judicial district without permission from

hjs probation officer.

**WHEREFORE, PREMISES CONSDERED,** Defendant prays that the Court amend conditions of supervised release as requested.

                                          Respectfully submitted,

                                          LAW OFFICE OF JUAN E. GONZALEZ
                                          3110 E. Bus. Hwy 83
                                          Weslaco, Texas 78596
                                          956/447-5585
                                          Fax 956/447-8637

                                          /s/JUAN E. GONZALEZ
                                          JUAN E. GONZALEZ
                                          FEDERAL BAR NO. 136

## CERTIFICATE OF SERVICE

I, hereby certify on the 22nd day of July 2009, a true and correct copy of the foregoing Motion to Modify Conditions of Supervised Release was served on the following attorney, via electronic filing, Hon. Robert J. Stabe, Office of the US Attorney, P. O. Box 61129, Houston, Texas 77208

                                          /s/JUAN E. GONZALEZ
                                          JUAN E. GONZALEZ

## CERTIFICATE OF CONSULTATION

I, Juan E. Gonzalez, do certify that pursuant to the Local Rules for the Southern District of Texas have conferred with the Assistant United States Attorney, Robert J. Stabe, prior to filing this Motion to Modify Conditions of Supervised Release and he has advised me that he does oppose this Motion. Defendant therefore requests that the Court grant said Motion.

                                          /s/JUAN E. GONZALEZ
                                          JUAN E. GONZALEZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | ! | |
|---|---|---|
| | ! | CRIMINAL NO. |
| VS. | ! | 4:99-CR-00457-1 |
| | ! | |
| ARTURO ROBLES ARREDONDO | ! | |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On _____, 2009, Defendant's Motion to Modify Conditions of Supervised Release was heard by this Court.   After considering all pleadings on file and the arguments of counsel, the Court is of the opinion that the ends of justice have been served and the interest of Defendant, ARTURO ROBLES ARREDONDO, and of society will be best served by modifying the conditions of supervised release of Defendant, ARTURO ROBLES ARREDONDO, as follows:  Allow Defendant, ARTURO ROBLES ARREDONDO, to leave the Southern Judicial District of Texas for medical and dental consultation and to visit immediate family.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the terms of Defendant's conditions of supervised release are modified and that Defendant, ARTURO ROBLES ARREDONDO,  is allowed to leave the Southern Judicial District of Texas for medical and dental consultation and to visit immediate family.

SIGNED ON _____ day of _____2009.

_____
**JUDGE PRESIDING**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ! | |
| | ! | **CRIMINAL NO.** |
| **VS.** | ! | **4:99-CR-00457-1** |
| | ! | |
| **ARTURO ROBLES ARREDONDO** | ! | |

### ORDER SETTING HEARING DATE

**IT IS ORDERED** that Order Setting Hearing Date on Motion to Modify Conditions of Supervised Release be set for _____ ___.m., on the ____ day of _____, 2009.

SIGNED this the ____ day of _____, 2009.

_____
**JUDGE PRESIDING**