UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. H-99-457(1) |
| | § | |
| ARTURO ROBLES ARREDONDO | § | |

ORDER

The defendant's Motion to Modify Conditions of Supervised Release is denied.

Signed on _July 29, 2009._

_____

Lynn N. Hughes
United States District Judge